CLYATT *et al.*, administrators, *v.* HENDERSON LUMBER COMPANY.

FISH, C. J.  This case was before this court on a former occasion.  *Shaw*
v. *Henderson Lumber Company*, 141 *Ga.* 47 (80 S. E. 322).  The judg-
ment of the trial court directing a verdict in favor of the plaintiff was
then reversed, because the record brought to the Supreme Court did not
show a deed relied on by the plaintiff below as one of its muniments of
title.  At a subsequent trial, the defendant having died, the adminis-
trators on his estate filed a supplemental answer in the nature of a
cross-bill, paying for injunction against the plaintiff; and at the con-
clusion of the evidence, the plaintiff having renounced its claim for
damages, the court directed a verdict in its favor, finding that the de-
fendant should be perpetually enjoined as prayed.  *Held:*
(a) Applying the principles ruled when the case was first before this
court, there was no error, on the plaintiff's evidence and the pleadings,
in directing the verdict.
(b) None of the assignments of error based on exceptions to rulings on
the admissibility of evidence show cause for reversal.
*Judgment affirmed.  All the Justices concur.*
APRIL 11, 1917.

Equitable petition.  Before Judge Thomas.  Berrien superior
court.  March 18, 1915.

*J. P. Knight* and *Hendricks, Mills & Hendricks,* for plaintiffs in
error.  *J. D. Lovett* and *H. J. Quincey,* contra.

---

VENABLE *et al. v.* ROPER.

HILL, J.  Under the pleadings and the evidence there was no error in ap-
pointing a receiver and granting an injunction in this case.
*Judgment affirmed.  All the Justices concur.*
APRIL 11, 1917.

Injunction and receivership.  Before Judge Pendleton.  Fulton
superior court.  July 5, 1916.

*Tye, Peeples & Tye* and *James L. Key,* for plaintiffs in error.
*Charles T. & Linton C. Hopkins,* contra.

---

ADAMS *v.* BUSH.

HILL, J.  Under the pleadings and the evidence in this case, there was no
error in refusing an injunction.
*Judgment affirmed.  All the Justices concur.*
APRIL 11, 1917.